**UNITED STATES of America, Appellee,**

v.

**Richard P. SPINNER, Appellant.**

**No. 00–3096.**

United States Court of Appeals, District of Columbia Circuit.

Oct. 29, 2001.

Rehearing and Rehearing En Banc Denied Jan. 2, 2002.

Before GINSBURG, Chief Judge, KAREN LECRAFT HENDERSON, Circuit Judge, and STEPHEN F. WILLIAMS, Senior Circuit Judge.

*JUDGMENT*

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for an opinion. *See* D.C.Cir. Rule 36. It is

ORDERED AND ADJUDGED that the district court's order filed July 14, 2000, be affirmed substantially for the reasons stated therein.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. *See* D.C.Cir. Rule 41.